**FILED**

**JUN 2 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | DISTRICT OF COLUMBIA |
|---|---|---|
| Name of Movant  DERRICK SWEET | Prisoner No.  08394-007 | Docket No.  CR 04-505 (PLF) |

Place of Confinement    USP CANAAN    POST OFFICE BOX 300   WAYMART, PA 18472

UNITED STATES OF AMERICA        V.    DERRICK SWEET
(include name upon which convicted)
(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack   UNITED STATES DISTRICT COURT for the DISTRICT OF COLUMBIA

   CASE NUMBER  1:06CV01184

2. Date of judgment of conviction  APRIL 26, 2005

   JUDGE: Paul L. Friedman

3. Length of sentence  151 months imprisonment & 

   DECK TYPE: Habeas Corpus/2255

4. Nature of offense involved (all counts)  Count three, pos  DATE STAMP: 06/28/2006
   convicted felon, 120 months; and Count four, possession with intent
   to distributed cocaine base, 151 months.

5. What was your plea? (Check one)
   (a) Not guilty    ☐
   (b) Guilty        ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. Kind of trial: (Check one)
   (a) Jury         ☐
   (b) Judge only   ☒

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐